# STALWART
## LAW GROUP

1100 GLENDON AVE., SUITE 1840, LOS ANGELES, CALIFORNIA 90024 | P: (310) 954-2000 | F: (310) 943-0303
41 EAST 11TH STREET, 11TH FLOOR, NEW YORK, NEW YORK 10003 | P: (212) 651-9070
DYLAN@STALWARTLAW.COM

July 22, 2019

<u>*Via ECF*</u>

Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, New York 10007

    Re:    *Shulman, et al. v. Becker & Poliakoff, LLP, et al.*, No. 17-cv-09330

Dear Magistrate Judge Cott:

We represent Plaintiffs in the above-referenced action. We write to request that the Court lift the current stay on discovery now that defendants' motions to dismiss have been denied and their objections to that order overruled. ECF Nos. 118, 122.

Plaintiffs further request that the Court reset the deadline to complete all non-expert discovery from November 30, 2018 [ECF No. 42] to September 27, 2019, which is approximately two months from now, because the previous deadline to complete all depositions was set for two months after the deadline to complete document production. The parties previously were ordered not to propound any additional document requests [ECF No. 104] but to date no depositions have been taken other than defendants' deposition of plaintiffs' counsel.

Plaintiffs thank the Court for its consideration of these issues.

Sincerely,

Dylan Ruga
**STALWART LAW GROUP**