# S T A L W A R T

## LAW GROUP

1100 GLENDON AVE., SUITE 1840, LOS ANGELES, CALIFORNIA 90024 | P: (310) 954-2000 | F: (310) 943-0303
41 EAST 11TH STREET, 11TH FLOOR, NEW YORK, NEW YORK 10003 | P: (212) 651-9070
DYLAN@STALWARTLAW.COM

October 29, 2019

***Via ECF***

Honorable James L. Cott
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, New York 10007

Re:     ***Shulman, et al. v. Becker & Poliakoff, LLP, et al.***, No. 17-cv-09330

Dear Magistrate Judge Cott:

We represent Plaintiffs in the above-referenced action.  We write to ask that you adjourn all dates set forth in your Order dated August 23, 2019 [Dkt. 146] by 30 days.  I have spoken with counsel for all parties, and they all join in this request.

The reason for the request is so that the parties can continue discussing a potential global mediation.  All parties are interested in exploring whether a resolution is possible without first incurring the time and expense of depositions, expert discovery and a class certification motion.

Plaintiffs thank the Court for considering this issue.

Sincerely,

Dylan Ruga
**STALWART LAW GROUP**