UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KEVIN SHULMAN and CARAN ROSS, in their capacities as co-trustees of the FLORENCE SHULMAN POUROVER TRUST; and ESTELLE HARWOOD, individually and in her capacity as trustee of the ESTELLE HARWOOD REVOCABLE TRUST; on behalf of themselves and all others similarly situated,

                              Plaintiffs,

    -against-

BECKER & POLIAKOFF, LLP; CHAITMAN LLP, and HELEN DAVIS CHAITMAN,

                              Defendants.
------------------------------------------------------------------X
HELEN DAVIS CHAITMAN,

                              Third-Party Plaintiff,

    -against-

DYLAN RUGA and MARK S. ROSS,

                              Third-Party Defendants.
------------------------------------------------------------------X

Case No. 17-cv-9330-VM-JLC

**STIPULATION OF VOLUNTARY DISMISSAL**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

An executed copy of this Stipulation shall be deemed the same as a signed original.

*David Michael Angeloff, Esq.*
Stalwart Law Group
Attorneys for Plaintiffs
Kevin Shulman, Caran Ross & Estelle Harwood
1100 Glendon Avenue, Suite 1840
Los Angeles, CA 90024
(310) 954-2000

Dated: 3/13/20

*Joan M. Gilbride, Esq.*
Kaufman Borgeest & Ryan LLP
Attorneys for Defendant/Counter Claimant
Chaitman LLP
120 Broadway, 14th Floor
New York, NY 10271
(212) 980-9600

Dated: 3/13/20

*Dylan Rugs*
1100 Glendon Avenue, Suite 1840
Los Angeles, CA 90024

Dated: 3/12/20

*Mark K. Anesh, Esq.    Jamie R. Wozman, Esq.*
Lewis, Brisbois, Bisgaard & Smith, LLP
Attorneys for Defendant
Becker & Poliakoff LLP
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300

Dated: 2/26/20

*Marian C. Rice, Esq.*
L'Abbate, Balkan, Colavita & Contini, L.L.P.
Attorneys for Defendant/Third-Party Plaintiff
Helen Davis Chaitman
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844

Dated: 3/11/20

*Mark S. Ross*
Four Embarcadero Centre, Suite 17
San Francisco, CA 94111

Dated: _____

SO ORDERED:

*Victor Marrero*
U.S.D.J.

April 22, 2020